**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

TIMOTHY N. EVANS                                                                                    PLAINTIFF

V.                                                                                    NO. 4:15-CV-00072-DMB-JMV

DR. JUAN SANTOS, ET AL.                                                                                    DEFENDANTS

## ORDER DENYING INJUNCTIVE RELIEF

Plaintiff Timothy N. Evans has filed a motion for injunctive relief in which he requests the

Court order that he continue to receive all of his medication at a KOP, or "keep on person," status.

Doc. #19.

A party seeking injunctive relief must prove four elements:   (1) a substantial likelihood of

success on the merits; (2) a substantial threat of irreparable injury if the injunction is not issued; (3)

that the threatened injury to the movant outweighs any harm that the injunction will cause the

nonmovant; and (4) that the injunction is in the public interest.   *Women's Med. Ctr. of Nw.*

*Houston v. Bell*, 248 F.3d 411, 419 n.15 (5th Cir. 2001); *DSC Communications Corp. v. DGI*

*Technologies, Inc.*, 81 F.3d 597, 600 (5th Cir. 1996).   An injunction is an extraordinary remedy

that is "not to be granted routinely, but only when the movant, by a clear showing, carries [the]

burden of persuasion."   *Black Fire Fighters Ass'n v. City of Dallas*, 905 F.2d 63, 65 (5th Cir.

1990) (citation omitted); *see also Lewis v. S.S. Baune*, 534 F.2d 1115, 1121 (5th Cir. 1976)

("injunction is an extraordinary remedy and should not issue except upon a clear showing of

possible irreparable injury").

The instant motion is primarily a recitation of the grievances contained in Evans'

complaint and its various amendments.   By his own admission, Evans is currently receiving his

medications and, therefore, the denial of injunctive relief will not cause him irreparable injury.   It

appears to the Court that the ordinary judicial process is sufficient to remedy any injuries Evans

has suffered or might suffer as a result of the defendants' alleged actions.   Accordingly, Evans'

motion for injunctive relief [19] is **DENIED**.

      **SO ORDERED**, this 15th day of January, 2016.

**/s/ Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**